UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

20 CV 8074

David Douek

_____
Write the full name of each plaintiff.

-against-

Citibank, N.A.
Equifax Credit Info. Svces
TD Bank, N.A.
"See Attached"

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

# COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_CARES Act, Price Gouging, Price-Fixing, Harassment, Defamation, Hostile Work Environment, violations of the Americans with Disabilities Act._

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
            (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

**If the defendant is an individual:**

The defendant, _____ (Defendant's name), is a citizen of the State of _____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of _____.

**If the defendant is a corporation:**

The defendant, _____, is incorporated under the laws of the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

DAVID _____ Dowek
First Name / Middle Initial / Last Name

240 West 65th Street, Apt. #24G
Street Address

New York | NY | 10023
County, City / State / Zip Code

212-799-8137
Telephone Number          Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **Citibank, N.A.**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
**Sioux Falls, S.D.**
County, City / State / Zip Code

Defendant 2: **Equifax**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
**Atlanta GA**
County, City / State / Zip Code

Defendant 3: **TD Bank**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
**Columbus GA**
County, City / State / Zip Code

Defendant 4: Experion
First Name       Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)
Allen,                TX
County, City         State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York, NY

Date(s) of occurrence: 2016 - present

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Citibank - in August 2020 pulled a Credit Bureau report on me without my permission to update my profile and extend a line of credit they denied because of taking advantage of a Covid Relief program in violation of the Cares Act, which set off a series of events which negatively impacted my credit worthiness. Failure to resolve has resulted in collection calls @ 5x a day for $14.31. Really? In conjunction with Equifax which seems to operate as a price-fixing organization among the Banks and lowered my credit score during the Pandemic contrary to Cares Act.

This set TD Bank in motion. They abruptly without warning lowered my credit line, increased fees and charges and stopped payment on a convenience check they recently sent me for $100.01 though the account is still open with available credit line causing extreme harm and embarrassment and forcing me to withdraw my nomination for Treasurer at the Club the check was written to.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Embarrassment, shame, depression, anxiety, anger, weight gain, metabolic imbalances, suicidal thoughts, homicidal thoughts, despair, sleeplessness, been forced to self-medicate, overwhelmed

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I want Citibank to set my credit line on par with my other accounts @ $4500 and remove all fee's and charges for 2020 and set fee's and charges at 0%, ZERO for the next 60 months and pay

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 9/30/20

Plaintiff's Signature

First Name: DAVID
Last Name: Douek

Street Address: 240 West 65th Street, Apt. #24G

County, City: New York    State: NY    Zip Code: 10023

Telephone Number: 212-799-8137

Email Address (if available):

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

"Attached" - against -
Experion
John Brusco, Individual
John Brusco, Principal, Brusco Group
Brusco Group.
Nicholas Brusco, Sr.
Nicholas Brusco, Jr., Esq.
Joe Brusco
Paul Brusco
Estate of Maria Brusco
Maria Brusco
NJPJM Corp.
John & Jane Doe Brusco, A-Z.
John & Jane Doe(s).

Section II. part B con't:
5. John Brusco, Individual
   Elm Rock Rd. / Sturgis Ave
   Yonkers, NY

6. John Brusco, Principal - Brusco Group, Et al -
   163-165 West 74th Street
   New York, NY

FACTS:
All this wouldn't have been made possible if John Brusco, Individual; John Brusco, Principal; and the Brusco Group paid their brokerage/consultation fees.

pg 8

IV. Relief

$75,000 for violating the Cares Act and causing pain and suffering and @ $500 per collection call currently exceeding 100 calls as of Sept. 30, 2020.

I want Equifax to pay $75,000 for violating same and wrongly evaluating my credit worthyness during this Pandemic. I want TD Bank to double my credit line, remove all fee's and charges for 2020 and move forward at zero % everything for the next 72 months plus write a letter of apology to Miramar Yacht Club including reimbursement of the cancelled check of $100.01 plus returned check fees and charges plus $1000.10 in addition to $75,000 to offset damages, price-gouging, defamation, and violations of the CARES ACT, and Experion to pay the same $75,000.

I want $10,000,000 from the Brusco Group, et al for back fees and comissions that took place from 2016 to present including additional interest, penalities and fees.

An additional $25,000,000 for creating a Hostile Work Environment AND $200,000,000 for violations of the Americans with Disability Act to be set aside to make All the buildings and apartments they own and manage handicap access ible and I want one-half 1/2 any sandwich from NY based henry's dalicatessen to be made available to me every week, once a week, in perpetuity.

pg. 9