UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DAVID DOUEK, :
:
Plaintiff, :
: 20-CV-8074 (JMF)
-v- :
: ORDER
CITIBANK, N.A., et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Court had previously ordered that Plaintiff, who is proceeding without counsel, either oppose the pending motions to dismiss or amend his complaint by March 10, 2021. ECF No. 18. The Court received a letter from Plaintiff on March 9, 2021, requesting a thirty-day extension, ECF No. 34, which the Court granted the next day, ECF No. 35. The next day, however, the Court received what appears to be Plaintiff's opposition to Defendants' motions. *See* ECF Nos. 37, 38. In light of Plaintiffs' opposition papers, Defendants shall file any replies in support of the pending motions by **March 26, 2021.** Plaintiff may not, absent leave of Court, file any further submissions relating to the pending motions to dismiss.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff and to place ECF No. 38, which includes certain personal financial information, under seal — i.e., visible to only the parties and the Court.

SO ORDERED.

Dated: March 12, 2021       _____
       New York, New York            JESSE M. FURMAN
                                  United States District Judge