**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAVID DOUEK,

                    Plaintiff,

    -against-                                       20 **CIVIL** 8074 (JMF)

                                                    **JUDGMENT**

CITIBANK, N.A., et al.,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 12, 2021, Defendants' motions must be and are granted. Douek's Complaint must be and is DISMISSED in its entirety. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Memorandum Opinion and Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Judgment is entered for Defendants.

**Dated:** New York, New York

        August 12, 2021

                                                                     **RUBY J. KRAJICK**
                                                                      _____
                                                                         Clerk of Court
                                                   BY:
                                                                          Deputy Clerk